FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NOV 16 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07CR284-WKW |
| | ) | [18 USC 922(g)(1)] |
| WILLIAM EARL HUNT | ) | |
| a/k/a Pee Wee | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about July 12, 2007, in Elmore County, within the Middle District of Alabama,

WILLIAM EARL HUNT,
a/k/a Pee Wee,

defendant herein, having been convicted of the following felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama or State of Florida, to-wit:

1) March 10, 1987, Possession of Controlled Substance (2 counts) and Sale or Delivery of Controlled Substance (2 counts), case number 86-29497, in the Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida;

2) March 22, 1988, Trafficking in Cocaine, case number 87-27947, in the Circuit Court of the Eleventh Judicial Circuit, in and for Dade County, Florida;

3) March 18, 1999, Robbery with a Weapon, case number 98-12648-CF-A, in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida;

4) October 12, 1995, Receiving Stolen Property 2nd, case number CC 95-000109, in the Circuit Court of Elmore County, Alabama;

did knowingly possess in and affecting interstate commerce a firearm, to-wit: a Yugoslavian, Model

59/66, 7.62 mm rifle, a better description of which is unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment the defendant,

WILLIAM EARL HUNT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of these offenses, including but not limited to the following:

A Yugoslavian, Model 59/66, 7.62 mm rifle, a better description of which is unknown to the grand jury.

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
John Harmon
Assistant United States Attorney

*[signature]*
Susan R. Redmond
Assistant United States Attorney