UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-CR-284-WKW |
| ) | |
| WILLIAM EARL HUNT ) | |

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against WILLIAM EARL HUNT, now in custody of the Elmore County Jail, Elmore, AL, and that said cause is set for arraignment at 10:30 a.m. on December 19, 2007, before this Honorable Court to be held at Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Elmore County Jail, Elmore, AL, commanding them to deliver said prisoner, WILLIAM EARL HUNT, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

Respectfully submitted this 28th day of November, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
(334) 223-7280   (334) 223-7138 Fax
susan.redmond@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-284-WKW |
| | ) | |
| WILLIAM EARL HUNT | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#), filed November 28, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Elmore County Jail, Elmore, AL, commanding them to deliver the said prisoner, WILLIAM EARL HUNT, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 p.m. on December 19, 2007, and to return said prisoner, to said official when the Court has finished with him.

DONE this the _____ day of November, 2007.

_____
UNITED STATES MAGISTRATE JUDGE