IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-284-WKW |
| | ) | |
| WILLIAM EARL HUNT | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. #4), filed 28 November 2007, and for good cause shown, it is

ORDERED that the motion (Doc. #4) is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Elmore County Jail, Elmore, AL, commanding them to deliver the said prisoner, WILLIAM EARL HUNT, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 p.m. on December 19, 2007, and to return said prisoner, to said official when the Court has finished with him.

DONE this 28th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE