**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.   2:07-cr-0284-WKW** |
| ) | |
| **WILLIAM EARL HUNT** ) | |
| a/k/a Pee Wee, ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as court-appointed counsel representing William Earl Hunt in the above-styled cause.

Respectfully submitted this 20th day of December, 2007.

> s/ Richard K. Keith
> **RICHARD K. KEITH (KEI003)**
> Attorney for Defendant
> **KEITH & DUBIN, P.C.**
> 22 Scott Street
> Montgomery, AL  36104-4012
> Telephone: (334) 264-6776
> Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

> Susan Redmond, AUSA
> Post Office Box 197
> Montgomery, AL  36101-0197

> s/ Richard K. Keith
> **OF COUNSEL**