IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERCIA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr284-WKW |
| | ) | |
| WILLIAM EARL HUNT | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR DETERMINATION
OF PRESENT MENTAL CONDITION**

COMES NOW, the defendant, William Earl Hunt, by and through the undersigned appointed counsel, and respectfully requests, pursuant to Title 18 of the United States Code §4241(b), that the Court issue an order directing the United States Marshal to take the defendant, who is already in custody, and remove him for the purposes of being observed and examined pursuant to Title 18 of the United States Code §4241 and §4245.

The defendant further requests that the Court conduct a hearing, following the examination and evaluation, to determine the mental competency of the defendant in accordance with the provisions of Title 18 of the United States Code. §4241 and §4245.

As grounds in support, the defendant states the following:

I.  The defendant is charged with having been previously convicted of a felony offense while knowingly possessing and affecting interstate commerce a firearm in violation of Title 18 of the United States Code §922(g)(1).

II. Trial is set for the May 5, 2008 trial term.

III. The defendant has numerous prior felony convictions:

   a. Possession of Controlled Substances- 2 counts (1987)

   b. Sale of Controlled Substances- 2 counts (1987)

        c.    Trafficking in Cocaine (1988)

        d.    Receiving Stolen Property 2d (1995)

        e.    Robbery with a weapon (1999)]

IV.    In 1996, the defendant broke his neck in a motor vehicle accident and had a pending "SSI" application.

V.    The defendant had been incarcerated in the state of Florida from 1999 through 2006. Around 2005 the prison doctors diagnosed the defendant with Schizophrenia and Post Traumatic Stress Disorder.

VI.    The defendant had been receiving monthly injections of "Prolexin" while incarcerated in 2006 and has been receiving a variety of other psychological and pain medications which he is unable to identify.

VII.    The defendant is 49 years old, and the 11th grade prior to entering the Job Corps. He had little employment history and is, at the present, a self proclaimed crack cocaine addict.

VIII.    The defendant also suffers from Depression and Mood Swings and is presently being prescribed "Sylex" and some unknown medications at the Elmore County Jail.

IX.    After meeting with the defendant, the undersigned is concerned about his ability to effectively assist his attorney in the preparation of his case for trial.

Wherefore, based on the foregoing, the defendant, William Earl Hunt, pursuant to Title 18 of the United States Code §4245, moves this Honorable Court for a forensic psychological examination to determine competency.

Respectfully submitted, this 3rd day of March, 2008.

 s/ Richard K. Keith_____
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile: (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Susan Redmond, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

 s/ Richard K. Keith_____
**OF COUNSEL**