IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CR NO: 2:07cr284-WKW |
| ) | |
| WILLIAM EARL HUNT       ) | |

## ORDER

On March 3, 2008, defendant William Earl Hunt, filed a Motion for Determination of Present Mental Condition (Doc. 13).  For good cause

It is ORDERED that a hearing is hereby set on the motion for Thursday, March 6, 2008 at 9:00 a.m.,  in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that the person or persons having custody of the defendant shall produce him for said hearing.

DONE this 4th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE