IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-284-WKW |
| | ) | |
| WILLIAM EARL HUNT | ) | |

**ORDER ON MOTION**

On 3 March 2008, Defendant filed a Motion for Determination of Present Mental Condition (Doc. #13). The undersigned held a hearing on 6 March 2008, at which, the United States stated it had no objection to the granting of the motion. After a review of the motion and the evidence presented at the hearing, it appears to the Court there is reasonable cause to believe WILLIAM EARL HUNT, at the time of the commission of the offense charged may have been insane or mentally incompetent and/or may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is

ORDERED that the Motion (Doc. #13) is GRANTED. The United States Marshal for this district immediately remove Defendant to the custody of the warden of an appropriate institution as may be designated by the Attorney General where Defendant is to be committed for the purpose of being observed and examined for a period not to exceed 45 days by one or more qualified psychiatrists or psychologists at the institution, pursuant to the provisions of 18 U.S.C. §§ 4241, 4242 and 4247(b), (c). It is further

ORDERED that pursuant to 18 U.S.C. § 4247(c) the examining psychiatrist or psychologist conducting the mental examination of the defendant report in writing to this Court within 45 days from the date of Defendant's arrival at the institution as to their findings, opinions and conclusions relative to the competency or incompetency of Defendant and specifically report to and advise this court whether or not in their opinion Defendant may be presently insane or otherwise so mentally incompetent as to be unable to understand the proceedings against him or properly assist in her own defense and further specifically report their findings, opinions and conclusions as to whether the defendant, at the time of the commission of the offense with which he is charged, was insane or mentally incompetent. It is further

ORDERED Defendant shall be incarcerated and remain at the institution designated by the Attorney General until further order of the Court. The clerk of this Court is hereby DIRECTED to furnish the United States Marshal for this district three certified copies of this order.

DONE this 6th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE