IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.:2:07cr284-WKW |
| | ) | |
| **WILLIAM EARL HUNT** | ) | |

**ORDER**

For good cause, it is

ORDERED that the pretrial conference currently scheduled for April 14, 2008, is cancelled.

DONE this 11th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE