IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:07-cr-0284-WKW |
| ) | |
| WILLIAM EARL HUNT, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE MAY 5, 2008 TRIAL

COMES NOW, the defendant, William Earl Hunt, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the May 5, 2008 Trial in the above-styled cause.

As grounds in support thereof, the following is stated:

1. The trial in this matter is currently set for May 5, 2008.

2. On March 6, 2008, Honorable Judge Capel ordered the defendant to undergo a mental heath evaluation.

3. Correspondence from the Federal Bureau of Prisons dated April 2, 2008, states the evaluation will no be completed until May 15, 2008, and that the final report is not expected to be finished until June 1, 2008.

4. Assistant United States Attorney Susan Redmond has been contacted and does not oppose a continuance in this matter.

WHEREFORE, premises considered, the defendant moves that the May 5, 2008, trial be continued.

Respectfully submitted this 11th day of April, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, PC**
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile:   (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan Redmond, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**
