IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   2:07-cr-0284-WKW |
| | ) | |
| WILLIAM EARL HUNT, | ) | |
| | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION TO RESET AUGUST 18, 2008 TRIAL

COMES NOW, the defendant, William Earl Hunt, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to reset the August 18, 2008 Trial in the above-styled cause.

As grounds in support thereof, the following is stated:

1. The defendant filed an unopposed motion to continue the May 5, 2008 trial due to Defendant's incomplete competency evaluation.

2. On April 22, 2008, This Honorable Court reset the trial to August 18, 2008.

3. The undersigned has a previously set capital murder (death penalty) trial also set on August 18, 2008 (State of Alabama v. Mario Woodard, Case No. CC-2007-1388-TMH).

4. Assistant United States Attorney Susan Redmond has been contacted and does not oppose to resetting the trial in this matter.

WHEREFORE, foregoing premises considered, the defendant moves that the August 18, 2008 trial be reset.

Respectfully submitted this 24th day of April, 2008.

>s/ Richard K. Keith
>**RICHARD K. KEITH (KEI003)**
>Attorney for Defendant
>**KEITH & DUBIN, PC**
>22 Scott Street
>Montgomery, AL  36104-4012
>Telephone: (334) 264-6776
>Facsimile:    (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan Redmond, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

>s/ Richard K. Keith
>**OF COUNSEL**

2