IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>  )<br>v.  )<br>  )<br>WILLIAM EARL HUNT  )<br>  ) | CASE NO. 2:07-cr-284-WKW |

### **ORDER**

This case is before the court on the defendant's Unopposed Motion to Reset August 18, 2008 Trial (Doc. # 24). The court had continued the trial date to August 18, 2008, due to the delay in the preparation of Mr. Hunt's mental competency report. Defense counsel now indicates that he has a previously scheduled capital murder trial on the same date. The government is unopposed to a new trial date. The court finds that the ends of justice served by resetting the trial date outweigh the best interest of the public and Mr. Hunt in a speedy trial.

Accordingly, the defendant's Unopposed Motion to Reset August 18, 2008 Trial (Doc. # 24) is GRANTED. Trial in this matter is continued from August 18, 2008, to the term of court beginning on September 22, 2008, at 10:00 a.m.

DONE this 28th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE