IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CASE NO. 2:07cr284-WKW |
| ) | |
| WILLIAM EARL HUNT   ) | |

## ORDER

Based upon this court's order resetting the trial in the above-styled case for August 18, 2008, and for good cause, it is

ORDERED that counsel for the parties shall appear for a pretrial conference on June 30, 2008, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 2nd day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE