# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:07-cr-284-WKW |
| | ) |
| WILLIAM EARL HUNT | ) |

## ORDER

Having considered the foregoing Motion for Issuance of Subpoenas (Doc. #30) in connection with the July 8, 2008 suppression hearing in the above-styled cause, it is

ORDERED that the Motion (Doc. #30) is GRANTED. The requested subpoenas shall be issued for the presence of the following named persons to testify at trial:

1. **Deputy David Slay**
2. **Agent Ronald Briggum**
3. **Agent Joe Black**

It is further

ORDERED the cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

DONE this 3rd day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE