IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-284-WKW |
| ) | |
| WILLIAM EARL HUNT ) | |

## STIPULATIONS OF PARTIES

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and Richard Keith, attorney for the defendant, and provide this Honorable Court with notice of joint stipulations in the above-styled cause, and states as follows:

1. The defendant is competent to continue these proceedings, specifically: (1) defendant understands the nature of the proceedings, the charges against him, and the substance and nature of this agreement; (2) the defendant is competent to adequately assist counsel in his own defense.

2. That on or about June 6, 2008, the US Department of Justice, Federal Bureau of Prisons, Federal Detention Center in Miami, Florida, returned a forensic evaluation of the defendant.

3. That the forensic evaluation of the defendant determined that the defendant is not now suffering from a mental disease or defect which renders him unable to assist his attorney in his own defense.

4. That the forensic evaluation determined that at the time of the commission of the alleged offense the defendant was not suffering from a mental disease or defect which resulted in his inability to appreciate the nature, quality and wrongfulness of his behavior nor which was causally related to the alleged offense.

5. The parties stipulate that no challenge to the facts, findings and conclusions of the forensic evaluation returned by the Federal Bureau of Prisons, Miami Federal Detention Center will be issued

in this case.

6. The parties request, therefor, that the Court issue a finding as to competency of the defendant at the time of the alleged offense, his current mental competency, and ability to continue these proceedings.

Signed and agreed upon this 3rd day of July, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

BY: *Susan R. Redmond*
Susan R. Redmond
Assistant United States Attorney

*Richard K. Keith*
Richard K. Keith
Attorney for Defendant