IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cr-0284-WKW |
| ) | |
| WILLIAM EARL HUNT, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR TRANSCRIPT OF
## JULY 8, 2008 SUPPRESSION HEARING

COMES NOW the defendant, William Earl Hunt, and moves this Honorable Court to provide the defendant with the transcript of the July 8, 2008 Suppression Hearing in the above-styled cause.

As grounds in support thereof, the following is stated:

1. The undersigned CJA panel representative was appointed to represent the indigent defendant on December 19, 2007.

2. A Suppression Hearing was held on July 8, 2008, on the defendant's Motion to Suppress.

3. A transcript of the July 8, 2008 Suppression Hearing is requested to assist the undersigned in preparation for trial.

WHEREFORE, a transcript at no expense to the indigent defendant is requested.

Respectfully submitted this 8th day of July, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile: (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Susan Redmond, AUSA
>Post Office Box 197
>Montgomery, AL 36101-0197

>s/ Richard K. Keith
>**OF COUNSEL**