IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:07-cr-0284-WKW |
| ) | |
| WILLIAM EARL HUNT, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR TRANSCRIPT OF
JULY 8, 2008 SUPPRESSION HEARING**

COMES NOW the defendant, William Earl Hunt, and moves this Honorable Court to provide the defendant with the transcript of the July 8, 2008 Suppression Hearing in the above-styled cause.

As grounds in support thereof, the following is stated:

1. The undersigned CJA panel representative was appointed to represent the indigent defendant on December 19, 2007.

2. A Suppression Hearing was held on July 8, 2008, on the defendant's Motion to Suppress.

3. A transcript of the July 8, 2008 Suppression Hearing is requested to assist the undersigned in preparation for trial.

WHEREFORE, a transcript at no expense to the indigent defendant is requested.

Respectfully submitted this 8th day of July, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile: (334) 265-5362

**MOTION GRANTED**

this 10th DAY OF July, 2008

UNITED STATES MAGISTRATE JUDGE