IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v.     ) | Case No. 2:07-cr-284-WKW |
| ) | |
| WILLIAM EARL HUNT   ) | |

## ORDER

This case is before the court on the Stipulations of Parties (Doc. # 33), in which the parties assert that a forensic evaluation has been returned. On March 6, 2008, the court ordered (Doc. # 16) the examining psychiatrist or psychologist to report the findings in writing to the court; however, the report has not yet been filed. It is ORDERED that the government shall file under seal the report of said forensic evaluation **on or before July 18, 2008.**

DONE this 11th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE