IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:07-cr-284-WKW |
| ) | |
| WILLIAM EARL HUNT ) | |

**ORDER**

Notwithstanding the Stipulations of Parties (Doc. # 33), it is ORDERED that a mental competency hearing will be held on **July 31, 2008, at 2:30 p.m.**, in courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 22nd day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE