IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:07-cr-284-WKW |
| ) | |
| WILLIAM EARL HUNT ) | |

## ORDER

Pursuant to 18 U.S.C. § 4241(b) and § 4247(b) & (c), the court ordered that Defendant William Earl Hunt undergo a psychiatric or psychological examination and that the resulting report be filed with the court. The psychiatric or psychological report (Doc. # 38), was filed on July 11, 2008. The court conducted a hearing on July 31, 2008, pursuant to 18 U.S.C. § 4241(c) and § 4247(d).

At the hearing the report was received into evidence without objection. Defense counsel further represented to the court that he had no evidence to contest a finding that the defendant is competent to stand trial. Mr. Hunt, in response to direct questioning by the court, indicated that he is aware of the reason for his evaluation and the results thereof, and that he understands the nature of the charges against him.

Upon consideration of the report, the stipulation of the parties (Doc. # 33), and the court's observations of Mr. Hunt, the court finds that the defendant is able to assist properly in his defense. *See* 18 U.S.C. § 4241(d).

Accordingly, it is ORDERED that Defendant William Earl Hunt is declared mentally competent to stand trial in this case. It is further ORDERED, pursuant to 18 U.S.C. § 4241(f), that the court's finding of the defendant's mental competency to stand trial, and the report upon which the finding is based, shall not be admissible as evidence in the trial of this case, and shall not prejudice the defendant from raising the issue of his insanity as a defense to the offense charged or the issue of his mental health for any other permissible purpose.

DONE this 4th day of August, 2008.

                                                    /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE