IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:07-cr-284-WKW |
| WILLIAM EARL HUNT ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody WILLIAM EARL HUNT into the custody of ATF Special Agents Tim Fitzpatrick and/or Jennifer Rudden on August 5, 2008, through January 31, 2009, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Tim Fitzpatrick and/or Jennifer Rudden to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 4th day of August, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104-3429
(334) 223-7280     (334) 223-7138 Fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:07-cr-284-WKW |
| WILLIAM EARL HUNT ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard Keith, Esq.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104-3429
        (334) 223-7280     (334) 223-7138 Fax
        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  2:07-cr-284-WKW |
| WILLIAM EARL HUNT ) | |

### ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #), filed on August 4, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of WILLIAM EARL HUNT into the custody of ATF Special Agents Tim Fitzpatrick and/or Jennifer Rudden on August 5, 2008, through January 31, 2009, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.   It is also

ORDERED that Special Agents Tim Fitzpatrick and/or Jennifer Rudden return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of August,  2008.

_____
UNITED STATES MAGISTRATE JUDGE