IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:07-cr-284-WKW |
| WILLIAM EARL HUNT ) | |

ORDER ON MOTION

Upon consideration of the Government's Motion for Release of Prisoner (Doc. #44), filed on August 4, 2008, and for good cause, it is

ORDERED that the motion (Doc. #44) is GRANTED.  It is further

ORDERED that the United States Marshals Service shall release custody of WILLIAM EARL HUNT into the custody of ATF Special Agents Tim Fitzpatrick and/or Jennifer Rudden on August 5, 2008, through January 31, 2009, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.   It is also

ORDERED that Special Agents Tim Fitzpatrick and/or Jennifer Rudden return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 4th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE