# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| ALM | Hunt, William Earl | | 080730000051 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 2:07-000284-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Hunt | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 922G.F -- UNLAWFUL TRANSPORT OF FIREARMS, ETC.

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)

Trial preparation

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

7/8/2008 Suppression Hearing

**14. SPECIAL AUTHORIZATIONS (Services Other Than Ordinary)** — Judge's Initials

A. Apportioned Cost ___% of transcript with (Give case name and defendant)

B. ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Real Time Unedited

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: *[signed]*  Date: 7-25-08

Printed Name: Richard Keith

Telephone Number: 334-264-6776

☒ Panel Attorney  ☐ Retained Atty  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in Item 15 is hereby granted.

See attached order
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order: 7/10/2008    Nunc Pro Tunc Date: 12/19/2007

**17. COURT REPORTER/TRANSCRIBER STATUS**
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**18. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix,) AND MAILING ADDRESS

Risa L. Entrekin
P.O. Box 5112
Montgomery AL 36103-5112
Telephone Number: 334-240-2405

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID OF PAYEE**

On file

| 20. TRANSCRIPT | Include Page Numbers | No. of Pages | Rate Per Page | Sub-Total | Less Amount Apportioned | Total |
|---|---|---|---|---|---|---|
| Original | 1-79 | 78 | 3.65 | 284.70 | | 284.70 |
| Copy | | | | | | |
| Expenses (itemize): | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | 284.70 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: *[signed]*  Date: 7/23/08

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk: *[signed]*  Date: 7-25-08

**23. APPROVED FOR PAYMENT**

Signature of Judicial Officer or Clerk: *[signed]*  Date: 7-30-08

**24. AMOUNT APPROVED**: 284.70

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:07-cr-0284-WKW |
| WILLIAM EARL HUNT, | ) |
| Defendant. | ) |

## MOTION FOR TRANSCRIPT OF
## JULY 8, 2008 SUPPRESSION HEARING

COMES NOW the defendant, William Earl Hunt, and moves this Honorable Court to provide the defendant with the transcript of the July 8, 2008 Suppression Hearing in the above-styled cause.

As grounds in support thereof, the following is stated:

1. The undersigned CJA panel representative was appointed to represent the indigent defendant on December 19, 2007.

2. A Suppression Hearing was held on July 8, 2008, on the defendant's Motion to Suppress.

3. A transcript of the July 8, 2008 Suppression Hearing is requested to assist the undersigned in preparation for trial.

WHEREFORE, a transcript at no expense to the indigent defendant is requested.

Respectfully submitted this 8th day of July, 2008.

s/ Richard K. Keith
RICHARD K. KEITH (KEI003)
Attorney for Defendant
KEITH & DUBIN, P.C.
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile: (334) 265-5362

**MOTION GRANTED**

THIS 10th DAY OF July, 2008

UNITED STATES MAGISTRATE JUDGE