IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-284-WKW |
| | ) | |
| WILLIAM EARL HUNT | ) | |

**ORDER**

Upon consideration of the Recommendation of the Magistrate Judge (Doc. # 41), to which no objections have been timely filed, and upon an independent review of the record, it is ORDERED that the Recommendation (Doc. # 41) is adopted and that Defendant William Earl Hunt's Motion to Suppress (Doc. # 27) is DENIED.

DONE this 3rd day of September, 2008.

          /s/   W.  Keith Watkins
          UNITED STATES DISTRICT JUDGE